IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAY COX, *as the personal representative of the estate of James Hinson,* | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:23-cv-57-SMD |
| JASON SMOAK, *et al.*, | ) ) | |
| Defendants. | ) ) | |

### ORDER

This case has been assigned to the undersigned Magistrate Judge. The parties have the right to consent to the undersigned conducting all proceedings and entering judgment in this case under 28 U.S.C. § 636(c). *See infra* p. 3. Attached to this order is a consent form. *See infra* p. 4. It is

ORDERED that any party wishing to provide such consent must complete the form and submit it to the Clerk of Court by **July 3, 2023**. The parties may electronically prepare and submit consent forms by logging into CM/ECF and selecting the Magistrate Judge Consent Form event. The parties may also submit consent forms via mail to: Clerk, U.S. District Court, One Church Street, Room B-110, Montgomery, AL 36104. The parties must *not* file consent forms into the record.

Alternatively, the parties have the right to request reassignment of this case to a United States District Judge. Attached to this order is a reassignment form. *See infra* p. 5.

Any party wishing to submit the reassignment form must mail it to the above address by **July 3, 2023**. The parties may not electronically submit reassignment forms.

DONE this 12th day of June, 2023.

/s/ Stephen M. Doyle
Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE

## **EXPLANATION OF ASSIGNMENT TO U.S. MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge. Under 28 U.S.C. 636(c), the parties may consent to the assigned Magistrate Judge conducting all proceedings and entering final judgment in this case. Any appeal from such a judgment is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered by a United States District Judge. Alternatively, the parties may freely decline consent and request reassignment of this case to a United States District Judge without any adverse consequences.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAY COX, *as the personal representative* *of the estate of James Hinson,* | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:23-cv-57-SMD |
| JASON SMOAK, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

Signed this _____ day of _____, 20_____.

_____
Signature
_____
Counsel For
_____
Address
_____
City, State Zip Code
_____
(Area Code) Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAY COX, *as the personal representative* of the estate of James Hinson, ) ) ) | |
| Plaintiff, ) ) | |
| v.  ) ) | Case No. 1:23-cv-57-SMD |
| JASON SMOAK, *et al.*, ) ) | |
| Defendants. ) | |

**REQUEST FOR REASSIGNMENT OF CASE**
**TO A UNITED STATES DISTRICT JUDGE**

The undersigned party has read the Notice of Assignment To United States Magistrate Judge and hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge. **The party understands that this request may not be revoked.**

Signed this ____ day of _____, 20_____.

_____
Signature

_____
Counsel For

_____
Address

_____
City, State Zip Code

_____
(Area Code) Telephone Number

**\*\*DO NOT ELECTRONICALLY FILE THIS DOCUMENT\*\***