IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAY COX, as the Personal Representative of the Estate of JAMES HINSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>JASON SMOAK, *et al.*,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL CASE NO. 1:23-cv-57-ECM<br>)<br>)<br>)<br>) |

**O R D E R**

Now pending before the Court is the Plaintiff's motion for default judgment against Defendant Mark Choquette (doc. 42) filed on August 16, 2023, and Defendant Mark Choquette's partial motion to dismiss (doc. 44) filed on August 16, 2023. Upon consideration of the motions, and for good cause, it is hereby

ORDERED that a hearing on the motions is SET for **August 22, 2023,** at **10:00 a.m. CT**, by telephone conference call. The parties are DIRECTED to contact Cindy Sanders, the courtroom deputy for the undersigned, for the phone number and access code required to participate in the conference call.

DONE this 18th day of August, 2023.

　　　　　　　　　　　　　　　　　　/s/ Emily C. Marks
　　　　　　　　　　　　　　　　EMILY C. MARKS
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE