IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RAY COX, as the Personal Representative of the Estate of JAMES HINSON,

Plaintiff,

v.

JASON SMOAK, *et al*.,

Defendants.

CIVIL CASE NO. 1:23-cv-57-ECM

**O R D E R**

This cause is before the Court on Defendant Mark Choquette's partial motion to dismiss (doc. 44) filed on August 16, 2023, and a report of the parties' Rule 26(f) planning meeting (doc. 41) filed on August 16, 2023. For the reasons stated at the August 22, 2023 telephone conference, and for good cause, it is hereby

ORDERED as follows:

1. The Plaintiff shall file a response to Defendant Choquette's motion (doc. 44) **on or before August 30, 2023**;

2. Defendant Choquette shall file a reply to the Plaintiff's response **on or before September 6, 2023**;

3. The parties shall file a joint status report concerning the Rule 26(f) report (doc. 41) **on or before September 6, 2023**.

DONE this 22nd day of August, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE