IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAY COX,  as the personal representative of the estate of James Hinson, | ) ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| JASON SMOAK, et al., | ) ) |
| Defendants | ) |

CASE NO. 1:23-cv-00057-SMD

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
PARTIAL MOTION TO DISMISS**

The complaint specifically states that it is based on conduct beginning January 21, 2023. [Doc. 1 / ¶¶ 17, 28, 30] January 21, 2023, however, is a Saturday. Under Fed. R. Civ. P. 6(1)(C), when the last day of a period is a Saturday, the period continues to run until the next business day, in this case Monday, January 23, 2023, the date on which plaintiff filed the complaint. Accordingly, defendant's motion is due to be denied.

Respectfully submitted,

s/ Henry F. Sherrod III
Henry F. (Hank) Sherrod III
HENRY F. SHERROD III, P.C.
119 South Court Street
Florence, AL 35630
Telephone:  (256) 764-4141
Facsimile:   (877) 864-0802
Email:  hank@alcivilrights.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

 s/ Henry F. (Hank) Sherrod III